IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADFORD REALTY SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:20-CV-1659-C |

## ORDER

Before the Court are Plaintiff's Motion for Judgment on the Pleadings, Defendant's

Response, and Plaintiff's Reply. This lawsuit involves the application of an insurance policy's

conditions, limitations, and exclusions to damages claimed by Plaintiff. Defendant contends that

the cause of loss was clogged drains and the lack of overflow drains (alleged to be required by

code) permitted the clogged roof drains to cause rainwater to stand on the roof thereby allowing

leakage into the structure and resulting damage. Plaintiff seeks a judgment on the pleadings that

such damages are covered under the policy and a judgment entered in Plaintiff's favor.

Alternatively, Plaintiff contends that if the Court determines that the asserted mechanism of loss

would exclude coverage, then the Court should deny the Motion and allow the case to proceed to

discovery and Defendant be required to prove that exclusions in the policy support its denial of

the damage claim presented by Plaintiff under the policy.

The Parties do not appear to dispute that the water on the roof came from rain and not a

burst pipe or some other terrestrial source. They do, however, dispute whether said water

qualifies under the rain damage exclusion. It is unclear whether Plaintiff disputes that the roof

drains were clogged at the time of the incident thereby allowing the rainwater to accumulate

and/or remain on the roof around the rooftop air handling units and leak into the structure.

Plaintiff seeks a judgment in its favor—that is, a finding of coverage and causation

merely from the pleadings. The question of whether evidence will support Defendant's claimed

exclusions and limitations remains. After considering the arguments of the Parties and the case

law cited therein, the Court finds that Plaintiff's Motion for Judgment on the Pleadings should be

**DENIED**.

SO ORDERED this __5th__ day of April, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE